# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARION C. BUTLER,                                                          PLAINTIFF
ADC #119900

v.                           No. 4:11CV00708 JLH-JTK

WILLIAM O. JAMES                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, this action is DISMISSED without prejudice for failure to state a claim. The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and accompanying Opinion and Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 6th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE